Attorney(s):

Index # **13-CV-852-C**
Purchased/Filed: August 23, 2013

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York    U. S. District Court    Western Dist. County

Curtis Reed,

Plaintiff

against

Takhar Collection Services, Ltd.,

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY       )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 24 Yrs.
Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White
Hair color: Brown   Other:

_____Kyle Warner_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 18, 2013_____, at ___2:25 pm___, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons in a Civil Action & Complaint

on _____Takhar Collection Services Ltd._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
18th day of November, 2013

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice·Work Order # 1318626